JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

EBTESAM IBRAHIM, MIKE ISSA, ANDREW ISSA,

     Plaintiffs,

  vs.

FIAT CHRYSLER AUTOMOBILES (FCA); FCA US, LLC; BREED TECHNOLOGIES, INC.; KEY SAFETY SYSTEMS, INC.; JOYSON SAFETY SYSTEMS, INC. AND DOES 1 to 100, INCLUSIVE,

     Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**CASE NO.:  2:19-cv-10744-MWF (PLAx)**

Hon. Michael W. Fitzgerald
Magistrate Hon.: Paul L. Abrams

**ORDER OF DISMISSAL WITH PREJUDICE**

Action Filed: September 30, 2019
FAC filed:  January 7, 2020
SAC filed:  June, 26, 2020
TAC filed:  September 28, 2020
Trial:    November 15, 2022

  **IT IS HEREBY ORDERED** that all claims against Defendants are dismissed with prejudice and without costs to either party.

  This is a final order resolving the last pending claims and closing the case.

Dated: June 21, 2022

                
MICHAEL W. FITSGERALD
United States District Judge

- 1 -